# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00869-CV

**Elias J. De La Garza d/b/a Elias De La Garza Insurance, Appellant**

**v.**

**Texas Department of Insurance and Commissioner of Insurance Mike Geeslin, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000643, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 14, 2013, we granted appellant's unopposed motion to stay proceedings for 90 days and motion to withdraw as counsel of record. Appellant's lead counsel died unexpectedly. On December 11, 2013, appellant filed an unopposed motion to abate appeal because appellant has been unable to secure new counsel. We grant the motion and abate the appeal. All appellate deadlines will be tolled during the period of abatement. Appellant is directed to file either a status report or a motion to reinstate by March 12, 2014.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Abated

Filed:  December 17, 2013